# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                )
                                      )   Case No. 17-61735-(RK)
SCI Direct LLC, *et al.*,             )
                                      )   Chapter 11
                                      )
         Debtors.                     )   Chief Judge Russ Kendig
                                      )

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**NAMANCO PRODUCTIONS, INC.**
c/o James C. Walsh
300 E. 51st Street, Suite 7D
New York, NY 10022
(212) 688-6310 Phone
(212) 758-7875 Fax
(Temporary Chairperson)

**DESIGN MOLDED PLASTICS**
c/o Martin Puleo
8220 Bavaria Road
Macedonia, OH 44056
(330) 963-4400 Ext. 125 Phone
(330) 963-4300 Fax

**BLUE TECHNOLOGIES, INC.**
c/o Clara Nader
5885 Grant Avenue
Cleveland, OH 44105
(216) 271-4800 Phone
(216) 271-0127 Fax

YODER GRAPHIC SYSTEMS, INC.
c/o Marc Yoder
724 Seville Road
Wadsworth, OH 44281
(330) 334-5060 Phone
(330) 328-1150 Fax

Respectfully submitted,

Daniel M. McDermott
United States Trustee Region 9

by: __/s/ Scott R. Belhorn__
Scott R. Belhorn (0080094)
Trial Attorney
Department of Justice
Office of the U.S. Trustee
H.M. Metzenbaum U.S.Courthouse
201 Superior Avenue E
Suite 441
Cleveland, Ohio 44114-1240
(216) 522-7800 Ext. 261
(216) 522-7193 Fax
scott.r.belhorn@usdoj.gov

**cc by email:** Above-named committee members

Anthony J. DeGirolamo
3930 Fulton Drive NW, Suite 100B
Canton, OH 44718